# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| TIVOLI, LLC, et al., | )<br>) |
| Plaintiffs, | ) Case No.  2:16-cv-00147-GMN-CWH<br>) |
| vs. | ) **ORDER**<br>) |
| TARGETTI SANKEY, S.P.A., et al., | )<br>) |
| Defendants. | ) |

Presently before the court is non-party DECOLights, Inc.'s Emergency Motion to Quash or Modify Subpoena Duces Tecum (ECF No. 1), filed on January 26, 2016.  Having reviewed the motion, and good cause appearing,

IT IS ORDERED that non-party DECOLights, Inc.'s obligation to respond to the subpoena at issue is STAYED pending the court's order on the motion.

DATED: February 2, 2016

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**